■ In the Matter of ADALJISA ACOSTA, an Infant, by Her Mother and Natural Guardian, VICTORIA ACOSTA, et al., Respondents, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.— Order, Supreme Court, New York County, entered March 5, 1971, granting petitioner's motion for an order permitting her to bring an action against appellant, unanimously reversed, on the law, without costs and without disbursements, the motion denied, and the matter remanded to Special Term for a hearing on the issue of contact between the infant and the unknown vehicle. (*Matter of Hamburger* v. *MVAIC*, 35 A D 2d 696.) Concur — Markewich, J. P., Murphy, McNally, Tilzer and Capozzoli, JJ.

■ TAURUS, INC., Respondent, v. BOECK FUEL COMPANY, INC., et al., Appellants.— Order, Supreme Court, New York County, entered August 11, 1971, unanimously reversed, in the exercise of discretion and by reason of *forum non conveniens*, without costs and without disbursements; the motion to vacate the attachment and dismiss the complaint granted; and the complaint dismissed. This cause of action for property damage arose in Wisconsin, wherein both plaintiff-respondent's assignor and defendants-appellants are domiciled. Retention of jurisdiction in New York could be justified only on the basis that plaintiff assignee is a New York corporation. The factor of residence alone, however, no longer controls (see *Silver* v. *Great Amer. Ins. Co.*, 29 N Y 2d 356), and no reason appears here why our courts should be burdened with this piece of imported litigation. Concur — Markewich, J. P., Murphy, McNally, Tilzer and Capozzoli, JJ.

■ SADIE BRODY, Appellant, v. ESSIE M. CAMPBELL et al., Respondents.— Appeal from order, Supreme Court, Bronx County, entered on or about December 22, 1970, granting defendants' motion to vacate their default in answering a motion to strike their answer for failure to appear for examination before trial, unanimously dismissed, without costs and without disbursements. (See *Turntables, Inc.* v. *M. B. Plastics Corp.*, 33 A D 2d 899.) Concur — Markewich, J. P. Murphy, McNally, Tilzer and Capozzoli, JJ.